**[Doabtsty]** [O/ Abating Relief from Stay]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                                 Case No. 9:13–bk–15430–FMD
                                                                       Chapter 7
Jason Brown
aka Jason R. Brown
aka Jason Richard Brown

Kara Brown
aka Kara A. Brown
aka Kara Ann Brown
_____Debtor*_____/

### ORDER ABATING MOTION FOR RELIEF FROM STAY

THIS CASE came on for consideration, without hearing, of the Motion for Relief From Stay filed by <u>Wells Fargo Bank, N.A.</u> . Document <u>9</u> . After a review of the motion, the Court determines that the motion is deficient as follows:

☐ The motion does not include an original or electronic signature of the movant's attorney as required by Fed. R. Bankr P. 9011.

☐ The motion was filed without a certificate of service as required by Fed. R. Bankr. P. 7005(d).

☐ The prescribed filing fee of $176.00, as required by the Bankruptcy Court Schedule issued in accordance with 28 U.S.C § 1930 was not paid.

☑ The negative notice legend is not fully displayed on the first page or does not conform to the approved negative notice legend prescribed by Local Rule 2002–4.

Accordingly it is

**ORDERED:**

1. Consideration of the motion is abated until the deficiency is corrected.

2. The automatic stay of 11 U.S.C. § 362 is continued in effect until further order of this Court.

Dated:  December 13, 2013

_____
Caryl E. Delano
United States Bankruptcy Judge

Clerk's Office to Serve

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.